**Motion DENIED.**
*/s/ Aleta A. Trauger*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, § § Plaintiff, § § v. § § STAR GARRISON STATION, LLC, F/K/A § STAR VICTORY STATION, LLC; STAR § VICTORY STATION, LLC; AND § HARDAWAY CONSTRUCTION § CORPORATION, § § Defendants. § | Civil Action No.: 3:24-cv-00162 **JURY DEMANDED** **Judge Aleta A. Trauger** |

## AGREED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Cynthia George ("Plaintiff") hereby makes this Motion for Leave to Appear Telephonically at Initial Case Management Conference, as follows:

Pursuant to the Court's Notice of Setting of Initial Case Management Conference [Doc. 5], this case was set for an Initial Case Management Conference on Monday, June 17, 2024 at 2:30 p.m. Plaintiff hereby seeks leave of Court for out of town counsel and for all parties to appear telephonically at said Conference. Plaintiff's counsel, Eric G. Calhoun, offices in Richardson.

The granting of the leave requested herein will not prejudice any party herein.

The undersigned contacted Jason M. Pannu, Luke H. Neder, and Clifford Wilson, counsel for Defendants, about the relief requested herein. They have agreed to the relief sought herein.

AGREED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE – Page 1

Case 3:24-cv-00162   Document 30   Filed 06/17/24   Page 1 of 1 PageID #: 111