IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:24-cv-162 |
| | ) Judge Trauger |
| STAR GARRISON STATION, LLC, ET AL., | ) |
| Defendants. | ) |

## ORDER

The court has denied the Agreed Motion for Leave to Appear Telephonically at Initial Case Management Conference, filed by the plaintiff's Texas counsel and requesting permission that all out-of-town counsel appear by telephone at the initial case management conference scheduled for today, June 17, 2024. Given the various disagreements between counsel, the court feels it essential to have all counsel appear in person for this initial case management conference. For these reasons, it is hereby ORDERED that the initial case management conference is RESET for Monday, July 15, 2024 at 1:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge