IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No. 3:24-cv-00162 |
| v. ) | JURY DEMAND |
| ) | |
| STAR GARRISON STATION, LLC, ) | |
| F/K/A STAR VICTORY STATION, LLC ) | |
| STEADFAST APARTMENT ADVISOR, ) | |
| LLC, HARDAWAY CONSTRUCTION ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned counsel, and hereby moves to withdraw as counsel of record for Hardaway Construction Corporation (hereinafter "Hardaway"). In support of this Motion, undersigned counsel respectfully submits the following:

1. One of Hardaway's insurance providers retained the undersigned law firm to represent Hardaway in the above-captioned case.

2. The insurance carrier that retained the undersigned to represent Hardaway has completed its investigation into coverage and has determined that there is no coverage under the policy to provide a defense or coverage to Hardaway under the circumstances.

3. Hardaway's co-counsel Brian Spitler and Luke Neder with Copeland, Stair, Valz & Lovell were retained by a separate insurance carrier and will remain as counsel for Hardaway.

4. The undersigned Clifford Wilson and the firm of Tate, Wilson, Johnson, Meyer and Cherry, PLLC respectively moves for permission to withdraw as counsel for Hardaway

Respectfully submitted,

**TATE, WILSON, JOHNSON, MEYER, & CHERRY, PLLC**

/s/ Clifford Wilson
Clifford Wilson (#10683)
100 Westwood Place, Suite 120
Brentwood, Tennessee 37027
(615) 256-1125
cwilson@tatewilsonlaw.com
*Attorney for Hardaway Construction Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically on this the 17th day of June 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by mailing postage prepaid or by email. Parties may access this filing through the Court's electronic filing system.

Eric G. Calhoun, Esq.
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080

M. Todd Sandahl, Esq.
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064

Jason M. Pannu, Esq.
Katherine E. Morsman, Esq.
Freeman Mathis & Gary LLP
1600 Division Street, Ste. 590
Nashville, Tennessee 37203

Luke H. Neder, Esq.
Brian S. Spitler, Esq.
Copeland, Stair, Valz & Lovell LLP
735 Broad Street, Ste. 1100
Chattanooga, Tennessee 37402

/s/ Clifford Wilson
Clifford Wilson