> Motion GRANTED.
> /s/

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| **CYNTHIA GEORGE,** )<br>)<br>    **Plaintiff,** )<br>) | **Docket No. 3:24-cv-00162**<br>**JURY DEMAND** |
| v. ) | |
| ) | |
| **STAR GARRISON STATION, LLC,** )<br>**F/K/A STAR VICTORY STATION, LLC** )<br>**STEADFAST APARTMENT ADVISOR,** )<br>**LLC, HARDAWAY CONSTRUCTION** )<br>**CORPORATION,** )<br>) | |
|     **Defendants.** ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned counsel, and hereby moves to withdraw as counsel of record for Hardaway Construction Corporation (hereinafter "Hardaway"). In support of this Motion, undersigned counsel respectfully submits the following:

1. One of Hardaway's insurance providers retained the undersigned law firm to represent Hardaway in the above-captioned case.

2. The insurance carrier that retained the undersigned to represent Hardaway has completed its investigation into coverage and has determined that there is no coverage under the policy to provide a defense or coverage to Hardaway under the circumstances.

3. Hardaway's co-counsel Brian Spitler and Luke Neder with Copeland, Stair, Valz & Lovell were retained by a separate insurance carrier and will remain as counsel for Hardaway.

4. The undersigned Clifford Wilson and the firm of Tate, Wilson, Johnson, Meyer and Cherry, PLLC respectively moves for permission to withdraw as counsel for Hardaway